## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: __Lilly S. Davis__    SSN: XXX-XX-__5718__    CASE NO. _____
Joint Debtor: _____    SSN: XXX-XX-_____    Median Income: ☐ Above ☐ Below
Address: __505 Hopewell Road__
__Collins, MS 39428__

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __36__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $__155.00__ (☒ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
__disabled--will pay in personally__

(B) Joint Debtor shall pay $__-0-__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
__NA__

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:    $__-0-__ at $_____/month
Mississippi Dept. of Revenue: $__-0-__ at $_____/month
Other/_____:    $__-0-__ at $_____/month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: __NA__

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to __GreenTree/Ditech__  Beginning __Nov. '15__ @ $__316.30__    ☐ Plan ☒ Direct
Mtg pmts to _____    Beginning _____ @ $_____    ☐ Plan ☐ Direct
Mtg pmts to _____    Beginning _____ @ $_____    ☐ Plan ☐ Direct

Mtg arrears to __NA__    Through _____ $_____ @ $_____/mo
Mtg arrears to _____    Through _____ $_____ @ $_____/mo
Mtg arrears to _____    Through _____ $_____ @ $_____/mo

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 1 of ____

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: __NA_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| United Consumer | PML/Kirby vacuum Cl | No | 600.00 | 100.00 | 5% | value |
| TowneCraft | PML/pots & pans | | 2,800.00 | 100.00 | 5% | value |

\* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| 1ST Franklin Fin | NonPML/persprop | 2,898.00 | avoid §522(f) lien |
| Community Credit | '91 Lincoln | 1,600.00 | Abandon |
| First Tower Loan | NonPML/persprop | 3,200.00 | avoid §522(f) lien |
| Republic Finance | NonPML/persprop | 1,800.00 | avoid §522(f) lien |
| Ruby Fund LLC | Rent to own storage bldg | 800.00 | abandon |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| NONE | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $__17,206.22_____. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), __10__%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 2 of _____

Total attorney fee charged: $ __3,200.00__
Attorney fee previously paid: $ ____100.00__
Attorney fee to be paid in plan: $ __3,100.00__

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

_____
_____
_____

Telephone/Fax:_____

Attorney for Debtor (Name/Address/Phone/Email)
__EDWIN F. TULLOS_____
__PO BOX 505_____
__RALEIGH MS   39153_____

Telephone No. __601-782-9411_____
Facsimile No. __601-782-4439_____
Email address __edwintullos@bellsouth.net__

DATED: __10-6-15__   DEBTOR'S SIGNATURE   _/s/ Kelly S. Davis_____

JOINT DEBTOR'S SIGNATURE _____

ATTORNEY'S SIGNATURE _____

Chapter 13 Plan, Page 3 of _____

Effective: October 1, 2011